January 17, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

COURTYARD SNF, L.L.C. D/B/A COURTYARD CONVALESCENT CENTER AND MANDY AMANDA NATION, Appellants

NO. 14-12-00828-CV                V.

ARLENE SWEET, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF JOSEPH SWEET, SR., AND JOSEPH P. SWEET, JR., MICHAEL SWEET, BARBARA HAWKINS, RHONDA BLANTON AND REGINA BATTLE, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 24, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid jointly and severally, by appellants, Courtyard SNF, L.L.C. d/b/a Courtyard Convalescent Center and Mandy Amanda Nation.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.